# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| PAOLA DOMINGUEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-23-CV-260-KC |
| § | |
| LAKE LAW FIRM, LLC, a New York § | |
| limited liability corporation and § | |
| CONSUMER JUSTICE GROUP, an § | |
| unknown entity, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Plaintiff Paola Dominguez's Notice of Voluntary Dismissal, ECF No. 3, filed on September 11, 2023. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Notice of Voluntary Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 12th day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE